AUSA: Corey F. Baron

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARCIANO VALLEJO,
     a/k/a "Marciano Vallejo Alcantar,"
     a/k/a "Daniel Vallejo,"

Defendant.

# 26 MAG 2647

## SEALED COMPLAINT

Violations of
8 U.S.C. §§ 1326(a) & (b)(2)

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

JUAN L. CRUZ, being duly sworn, deposes and says that he is a Deportation Officer with U.S. Immigration and Customs Enforcement ("ICE"), and charges as follows:

## COUNT ONE
### (Illegal Reentry)

1.    From at least in or about May 2026, in the Southern District of New York and elsewhere, MARCIANO VALLEJO, a/k/a "Marciano Vallejo Alcantar," a/k/a "Daniel Vallejo," the defendant, being an alien who has been denied admission, excluded, deported, and removed from the United States, and has departed the United States while an order of exclusion, deportation, and removal was outstanding, entered, and was found in, the United States, after removal that was subsequent to a conviction for commission of an aggravated felony, without having obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security ("DHS"), to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2.    I am a Deportation Officer with ICE, and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my conversations with law enforcement agents and others, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3.    Based on my training and experience, my review of criminal history records, and my review of records maintained by DHS and ICE regarding MARCIANO VALLEJO, a/k/a "Marciano Vallejo Alcantar," a/k/a "Daniel Vallejo," the defendant, I have learned, among other things, the following:

a. VALLEJO is a native and citizen of the Dominican Republic and is not and has never been a citizen of the United States.

b. On or about January 23, 2004, VALLEJO was arrested by the Hamilton Police Department in Hamilton, Ohio. On or about September 2, 2004, VALLEJO was convicted, following his guilty plea, in Butler County Court of Common Pleas, Ohio State, of the below-listed felony offenses (the "2004 Felony Convictions").

c. On or about September 13, 2004, VALLEJO was sentenced for the 2004 Felony Convictions as follows:

i. One year in prison and a $5,000 fine for Complicity to Trafficking In Cocaine, in violation of Ohio Revised Code ("ORC") § 2923.03(A)(2)/2925.03(A)(1).

ii. Two years in prison and a $5,000 fine for the first of two counts of Trafficking in Cocaine, in violation of ORC § 2925.03(A)(1).

iii. Six years in prison and a $7,500 fine for the second of two counts of Trafficking in Cocaine, in violation of ORC § 2925.03(A)(1) (together with the aforementioned convictions, the "Cocaine Trafficking Convictions").

iv. Seven years in prison and a $7,500 fine for Engaging in a Pattern of Corrupt Activity, in violation of ORC § 2923.32.

v. Four years in prison and a $2,500 fine for Money Laundering, in violation of ORC § 1315.55.

d. On or about September 22, 2004, and in connection with VALLEJO's sentence of imprisonment for the 2004 Felony Convictions, law enforcement officers took and recorded VALLEJO's fingerprints (the "2004 Conviction Fingerprints").

e. On or about September 30, 2005, VALLEJO was ordered removed from the United States to the Dominican Republic pursuant to an Immigration Judge's Order (the "Removal Order").[1]

f. On or about December 13, 2011, after the determination of his appeal, VALLEJO was removed from the United States pursuant to the Removal Order. Before that removal, immigration officials took VALLEJO's right index fingerprint (the "2011 Removal Fingerprint").

g. At some point after his removal, VALLEJO returned to the United States. Specifically, on or about May 7, 2026, VALLEJO was arrested by the New York City Police

---

[1] Vallejo later unsuccessfully appealed the Removal Order. On or about February 22, 2006, the Board of Immigration Appeals ("BIA") dismissed VALLEJO's appeal of the Removal Order. On or about December 1, 2022, VALLEJO filed a motion to reopen, terminate, or dismiss the removal proceedings in which the Removal Order was issued. The BIA denied that motion on or about August 17, 2023.

Department ("NYPD") in Manhattan, New York for Criminal Possession of a Controlled Substance in the First Degree, in violation of New York Penal Law § 220.21. On or about the same date, and in connection with that arrest, law enforcement officers took and recorded VALLEJO's fingerprints (the "2026 Arrest Fingerprints").

4.    Based on my review of a fingerprint comparison report prepared by an Acting Supervisory ICE Detention and Deportation Officer trained in and certified by the Federal Bureau of Investigation in fingerprint analysis and comparison, I have learned that the 2004 Conviction Fingerprints, the 2011 Removal Fingerprint, and the 2026 Arrest Fingerprints for MARCIANO VALLEJO, a/k/a "Marciano Vallejo Alcantar," a/k/a "Daniel Vallejo," the defendant, all match.

5.    Based on my training and experience, I know that each of VALLEJO's three Cocaine Trafficking Convictions is an "aggravated felony" within the meaning of 8 U.S.C. §§ 1326(b)(2) and 1101(a)(43).

6.    Based on my review of criminal history records, immigration records, and all other relevant reports and records associated with MARCIANO VALLEJO, a/k/a "Marciano Vallejo Alcantar," a/k/a "Daniel Vallejo," the defendant, including my review of the fingerprint comparison described above, I have determined that VALLEJO is the same individual who was convicted of the 2004 Felony Convictions; was removed from the United States on or about December 13, 2011 pursuant to the Removal Order; and was arrested in Manhattan, New York on or about May 7, 2026.

7.    A search of all relevant DHS indices has confirmed that, following his 2011 Removal, MARCIANO VALLEJO, a/k/a "Marciano Vallejo Alcantar," a/k/a "Daniel Vallejo," the defendant, never obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security, to reapply for admission to the United States.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of MARCIANO VALLEJO, a/k/a "Marciano Vallejo Alcantar," a/k/a "Daniel Vallejo," the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s/ Juan L. Cruz, by SDA with permission
_____
JUAN L. CRUZ
Deportation Officer
Immigration and Customs Enforcement

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 2nd day of July 2026.

_____
THE HONORABLE STEWART D. AARON
United States Magistrate Judge
Southern District of New York

3